APR 10 2020

Clerk, U.S. Courts
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

NATALIE A. MATHER,
General Delivery,
U.S. Post Office,
Helena, MT 59601,
    Plaintiff,

vs.                    CASE No.

SHELLY GLOEGE, in her
official capacity, 301 S. Park,
Helena, MT 59620,
    Defendant.

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF

(1)

COMES NOW the plaintiff in the above styled action, and does show cause for complaint as follows:

(1) This is an action sustained by NATALIE A. MATHER, hereinafter, Plaintiff MATHER, and sues the defendant, SHELLY GLOEGE, in her official capacity alleging: (a) unlawful concealment, and (b) violation of the fourteenth Amendment.

## PARTIES

(2) Plaintiff NATALIE A. MATHER, complainant, in a state complaint made against an official real estate agent, with the State of Montana department of Labor & industry, (business standards division), compliance unit.

(2)

(3) Defendant, SHELLY GLOEGE, acts in her official capacity as a compliance specialist with the State of Montana department of Labor & industry, (business standards division), compliance unit.

### NATURE OF THE CASE

(4) This case is predicated on 42 U.S.C. § 1983, and upon the (equal protection of the Law) clause pursuant to the fourteenth Amendment, under the United States constitution.

### JURISDICTION AND VENUE

(5) This court obtains subject matter jurisdiction over this case pursuant to 42 U.S.C. §1983, where defendant exists as a

State employee as such.

(6) Plaintiff MATHER, is a resident of the state of Montana, and has resided, (in part), in Montana at all times material to this action.

(7) Defendant, SHELLY CLOECE, is a resident of Montana, and has resided within the confines of Montana at all time material to this action.

(8) Venue is proper in the district of Montana because each event giving rise to this action accrued in the district of Montana. 28 U.S.C. § 1391.

## STATEMENT OF FACTS

(9) Plaintiff MATHER, has in fact filed a State complaint with the Montana department

of Labor and industry, (business standards division), compliance unit, against a licensed Montana real estate agent, Jennifer Plute.

(10) Defendant, SHELLY GLOEGE, is the assigned compliance specialist in charge of the complaint.

(11) Defendant, SHELLY GLOEGE, did in fact send a copy of the official complaint to the realtor complained of, (Jennifer Plute) and to date, March 28th, 2020, Mrs. Plute has in fact filed a response to the state complaint with the compliance specialist, defendant, GLOEGE.

(12) Upon Plaintiff MATHER, requesting a copy of Mrs. Plutes response, defendant, SHELLY GLOEGE, most unlawfully, has, and is, still denying Plaintiff MATHER legal access to a copy of the

(5)

realtor's written response, as to the department of Labor and industry, (business standards divisions) policy, practice, and custom, which most clearly violates the fourteenth Amendment to (equal protection of the Law)!

(13) so, in an official state complaint addressed to the Montana department of Labor and industry, (business standards division) compliance unit, (a) an initial complaint is filed, (b) a copy of the official complaint is sent to the realtor sufficing a written response, (c) a written response is filed with the department, and the compliance specialist, per the realtor complained of, and, (d) The complaining party <u>is not entitled</u> to a copy of the response pursuant to a <u>sole inner departmental policy</u>!!

(6)

(14) Sufficing a plausible argument here, the realtor, party complained of is entitled to obtain a copy of a complaint made against her/him with the State, however, most (unequally ballanced), the complaining party, is most unlawfully deprived of a copy of the response to the State, which is a governmental entity!

(15) Not limited to a sole citizens lawful right to access public records from a government agency, without governmental interfearance, also and in addition to the the public records legislation, (judicially speaking), for example, a party files a civil complaint/ lawsuit in a Montana court, either the local district court of Montana, or in the United States district court, (federal court), and initially the civil complaint is served upon the defendant party, and the

(7)

defendant party is lawfully required to provide a copy of the response upon the plaintiff party, as is _MOST equally ballanced_, however, and unlike the State of Montana, and of the compliance specialist/ defendant, SHELLY GLOEGE, the State most unlawfully, and in severe violation of the, _(equal protection of the Law mandates)_, secured under the fourteenth Amendment, deprives a complaining party of equal access to a copy of a response per a realtor complained of, and in this concise case, PLAINTIFF MATHERS rights as such are violated!

### CLAIM ONE

(16) Defendant, a (State employee), unlawfully deprives Plaintiff in this case, and deprives all citizens/complain- -ant's, an entitled copy of

(8)

a written and documented response to a <u>public state complaint</u>, by the (Licensee), which clearly violates the fourteenth amendment under the United States Constitution, sufficing, (equal protection under the law).

### CLAIM TWO

(17) Defendant's, inner office policy, custom, and practice severely violates, the public records legislation, in being deprived <u>unlawfully</u> by defend--dant, of a copy of the response filed by the Licensee!

WHEREFORE, upon the premises considered, it is respectfully requested upon this honorable court, that this court enter, (a) declaratory judgement finding that the defendant's, inner departmental policy is unlawful, and unconstitutional, in violation of the fourteenth amendment, (equal protection of the law), clause.

(b) enter an injunctive order enjoining defendant, in her official capacity from continuing to enforce the unconstitutional, (inner departmental), custom, policy, and practice!

(10)

I declare under penalty of perjury, the foregoing to be true and correct.

Signed this 9th day of April, 2020.

*Natalie A Mather*
(SIGNATURE OF PLAINTIFF)