UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| NATALIE A. MATHER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 20-30-M-DLC |
| vs. | |
| SHELLY GLOEGE, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

Dated this 1st day of September, 2020.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk